UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO,<br>        Plaintiff,<br>  -v-<br>WINGSTUFF.COM, INC.,<br>        Defendant. | 23-CV-4800 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: September 19, 2023
   New York, New York

                _____
                   J. PAUL OETKEN
                   United States District Judge